

Waiver of Indictment

# UNITED STATES DISTRICT COURT

## FOR THE

### EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :

         v.                                           :                CRIMINAL NO. 17cr160

ELDON STONE ROSS                        :

ELDON STONE ROSS, the above named defendant, who is accused of

18 U.S.C. § 1960 (Unlicensed money transmitting business)
Notice of Forfeiture

being advised of the nature of the charge and his rights, hereby waives in open court prosecution

by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Eldon Stone Ross, Defendant,

_____
Witness,

4/11/17
Date

_____
John I. McMahon, Counsel for Defendant