IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 17-CR-00160 |
| ELDON STONE ROSS | : | |

## **ORDER**

AND NOW, this ___ day of _____, 2017, upon consideration of the within Motion for Sentencing Continuance and the Government's response thereto, it is hereby ORDERED and DECREED said Motion is hereby GRANTED.

BY THE COURT:

_____
NITZA I. QUINONES ALEJANDRO
Judge, United States District Court

John I. McMahon, Jr., Esquire          ATTORNEY FOR DEFENDANT
McMAHON, McMAHON & LENTZ
21 West Airy Street
Norristown, PA 19401
(610) 272-9502
Identification No. 53777

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

VS.                                :          17-CR-00160

ELDON STONE ROSS                   :

## DEFENDANT'S MOTION FOR SENTENCING CONTINUANCE

The defendant, by his attorney, John I. McMahon, Jr., Esquire, respectfully requests a continuance in this matter. In support of this motion, the defense avers as follows:

1. On March 28, 2017, defendant Eldon Stone Ross was charged by Information with one count of Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a).

2. On April 11, 2017, the defendant appeared before the Honorable Nitza I. Quinones Alejandro and pled guilty to Count One of the Information, Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. §1960(a), pursuant to a written plea agreement.

3. The Court subsequently issued an Order scheduling the Sentencing in this matter for August 9, 2017.

4. The defense requests a sixty (60) day continuance of the Sentencing for the following reason:

1

(a) Defense counsel is attached for a one (1) week jury trial in the Court of Common Pleas of Montgomery County during the week of August 7, 2017 before the Honorable Garrett D. Page in the case of Commonwealth v. Pacheco. For purposes of rescheduling, defense counsel is also attached to two (2) week jury trial in the Court of Common Pleas of Montgomery County from October 10, 2017 through October 24, 2017 before the Honorable Carolyn T. Carluccio in the case of Venna, et al. v. Metropolitan Properties of America, Inc., et al.

5. The Assistant United States Attorney, Albert Glenn, has no objection to this continuance request.

6. A continuance of this matter will further advance the interests of justice in this matter.

WHEREFORE, the defendant respectfully submits that the Sentencing be continued in this matter for the reason set forth herein.

Respectfully Submitted,

**McMAHON, McMAHON & LENTZ**

John I. McMahon, Jr., Esquire
Attorney for Defendant

# CERTIFICATE OF SERVICE

I, John I. McMahon, Jr., Esquire, certify that the foregoing Motion for Sentencing Continuance was filed electronically on July 31, 2017 and is available for viewing and downloading from the ECF system. The foregoing Motion was served on the following persons by electronic service on July 31, 2017:

>Honorable Nitza I. Quinones Alejandro
>8613 U.S. Courthouse
>601 Market Street
>Philadelphia, PA 19106
>(electronic service)


>Albert Glenn, Esquire
>Special Assistant United States Attorney
>United States Attorney's Office
>615 Chestnut Street
>Suite 1250
>Philadelphia, PA 19106
>(electronic service)

John I. McMahon, Jr., Esquire
Attorney for Defendant
McMAHON, McMAHON & LENTZ
21 West Airy Street
Norristown, PA 19401