IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 17-160 |
| | : |
| ELDON STONE ROSS | : |
| *Defendant* | : |

## REVISED ORDER

**AND NOW**, this 2nd day of August 2017, upon consideration of Defendant's unopposed *motion for sentencing continuance*, [DOC 21], it is hereby **ORDERED** that Defendant's motion is **GRANTED**, and Defendant's sentencing hearing is rescheduled for October 31, 2017, at 10:00 A.M., in Courtroom 8-B, in the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

Copies: Counsel
Defendant