IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

VS.                              :    17-CR-00160

ELDON STONE ROSS                 :

**ORDER**

AND NOW, this      day of       , 2017, upon consideration of the within Motion for Sentencing Continuance and the Government's response thereto, it is hereby ORDERED and DECREED said Motion is hereby GRANTED.

BY THE COURT:

_____
NITZA I. QUINONES ALEJANDRO
Judge, United States District Court

John I. McMahon, Jr., Esquire  ATTORNEY FOR DEFENDANT
McMAHON, McMAHON & LENTZ
21 West Airy Street
Norristown, PA 19401
(610) 272-9502
Identification No. 53777

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

    VS.                            :       17-CR-00160

ELDON STONE ROSS               :

**DEFENDANT'S MOTION FOR SENTENCING CONTINUANCE**

The defendant, by his attorney, John I. McMahon, Jr., Esquire, respectfully requests a continuance in this matter. In support of this motion, the defense avers as follows:

1. On March 28, 2017, defendant Eldon Stone Ross was charged by Information with one count of Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a).

2. On April 11, 2017, the defendant appeared before the Honorable Nitza I. Quinones Alejandro and pled guilty to Count One of the Information, Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. §1960(a), pursuant to a written plea agreement.

3. The Court subsequently issued an Order scheduling the Sentencing in this matter for August 9, 2017 which was continued at the request of the defense due to a trial attachment and rescheduled for October 31, 2017.

1

4. The defense requests a forty-five (45) day continuance of the Sentencing for the following reason:

(a) Defense counsel will be on medical leave for at least three (3) weeks commencing Monday, October 30, 2017.

5. The Assistant United States Attorney, Albert Glenn, has no objection to this continuance request.

6. A continuance of this matter will further advance the interests of justice in this matter.

WHEREFORE, the defendant respectfully submits that the Sentencing be continued in this matter for the reason set forth herein.

Respectfully Submitted,

**McMAHON, McMAHON & LENTZ**

_____
John I. McMahon, Jr., Esquire
Attorney for Defendant

2

## **CERTIFICATE OF SERVICE**

I, John I. McMahon, Jr., Esquire, certify that the foregoing Motion for Sentencing Continuance was filed electronically on October 26, 2017 and is available for viewing and downloading from the ECF system. The foregoing Motion was served on the following persons by electronic service on October 26, 2017:

Honorable Nitza I. Quinones Alejandro
8613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(electronic service)


Albert Glenn, Esquire
Special Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
(electronic service)


John I. McMahon, Jr., Esquire
Attorney for Defendant
McMAHON, McMAHON & LENTZ
21 West Airy Street
Norristown, PA 19401