# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : **CRIMINAL NO. 17-160** |
| **ELDON STONE ROSS** *Defendant* | : |

# O R D E R

AND NOW, this 26th day of October 2017, upon consideration of Defendant's unopposed *motion for sentencing continuance*, [DOC. 29], it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Consequently, Defendant's sentencing hearing is rescheduled for December 15, 2017, at 10:00 A.M., in Courtroom 8-B, in the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

**Counsel are attached. There will be no further continuances granted.**

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*