IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: |
| | : | October 27, 2017 |
| vs. | : | |
| | : | |
| **ELDON STONE ROSS** | : | Criminal No. 17-160 |
| 293 Deepdale Drive | | |
| Kennett Square, PA 19348 | | |

**TAKE NOTICE** that the above-entitled case has been rescheduled for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>December 15, 2017</u> at <u>10:00 a.m.</u> before the Honorable <u>Nitza I. Quiñones Alejandro</u>, in <u>Courtroom 8-B</u>, <u>8th Floor</u>.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/Rosalind Burton Hoop
Rosalind Burton Hoop
Deputy Clerk

**[ ] INTERPRETER REQUIRED**
**[X] THIS PROCEEDING HAS BEEN RESCHEDULED FROM  10/31/17**

Notice to:  Defendant
John I. McMahon, Jr., Defense Counsel
Albert S. Glenn, AUSA **(E-mail)**
U.S. Marshal **(E-mail)**
Probation Office **(E-mail)**
Pretrial Services **(E-mail)**
Larry Bowman **(via E-mail)**

Cr.4 (8/80)