IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

     vs.      :    CRIMINAL NO. 17-160

**ELDON STONE ROSS**      :

### ORDER TO SURRENDER

AND NOW, this 28th day of February, 2018, the above-named defendant having been sentenced to the custody of the Attorney General,

It is ORDERED that the execution of prison sentence is suspended until _APRIL 13, 2018_, at which time defendant is directed to report to [ ✓ ] **the designated institution,** OR [ ✓ ] **United States Marshal for this district**, no later than 2:00 P.M. to commence serving said sentence.

_____
Nitza I. Quiñones Alejandro J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____      _____
Defendant                            Attorney-Witness

Cr 28 (8/80)

copies: Probation
Counsel
Defendant
Marshal